UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-62132-RS

EBBESKOV JANKOVIC, LLC,
d/b/a iUSE PHOTOGRAPHY,

Plaintiff,

v.

DAILY MAIL AND GENERAL TRUST PLC,
and ASSOCIATED NEWSPAPERS, LTD.,

Defendants.
_______________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ebbeskov Jankovic, LLC d/b/a iUSE Photography and Defendants Daily Mail and General Trust plc and Associated Newspapers Limited hereby dismiss this action with prejudice, with each party to bear its own fees and costs.

Dated: June 14, 2024

Respectfully submitted,

s/John P. Hess
John P. Hess
Florida Bar No. 31075
jhess@johnphess.com
JOHN P. HESS P.A.
515 North Flagler, P. 300
West Palm Beach, Florida 33401
(305) 310-0904

*Counsel for Plaintiff*

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
btoth@tothfunes.com
Freddy Funes
Florida Bar No. 87932
ffunes@tothfunes.com
TOTH FUNES PA
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
e-filings@tothfunes.com

*Counsel for Defendants*