**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-62132-CIV-SMITH**

EBBESKOV JANKOVIC, LLC,

Plaintiff,

vs.

DAILY MAIL AMD GENERAL TRUST PLC, *et al.*,

Defendants.
______________________________________/

## ORDER OF DISMISSAL

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 24]. Upon consideration, it is

**ORDERED** that:

1. This case is **DISMISSED with prejudice.**
2. All pending motions are **DENIED as moot.**
3. The case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of June, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record